JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANA TEJEDA  Plaintiff,  vs.  FCA US, LLC; and DOES 1 through 10, inclusive  Defendants. | Case No.: 8:22-CV-01260-DOC-KES  District Judge: Hon. David O. Carter  **JUDGMENT [33]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff GIOVANA TEJEDA ("Plaintiff") and Defendant FCA US, LLC's accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 15, 2022.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

Case is administratively closed, and all pending hearings are removed from calendar.

**IT IS SO ORDERED.**

Date: September 19, 2022

*David O. Carter*

Hon. David O. Carter
District Court Judge

JUDGMENT